B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Parra, Juan C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Juan Carlos Parra**<br>**Juan Parra** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **1023** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**12106 Lymestone Way**<br>**Hollywood, FL**<br>ZIPCODE **33026-1012** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Parra, Juan C** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **/s/ Timothy S. Kingcade, Esq.**       **6/28/13**<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                           Page 3

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Parra, Juan C** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Juan C Parra** <br> Signature of Debtor          **Juan C Parra** <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br> **June 28, 2013** <br> Date | X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Timothy S. Kingcade, Esq.** <br> Signature of Attorney for Debtor(s) <br><br> **Timothy S. Kingcade, Esq. 082309** <br> **Kingcade & Garcia, P.A.** <br> **1370 Coral Way** <br> **Miami, FL 33145-2960** <br><br> **Kingcadeserve @bellsouth.net** <br><br><br> **June 28, 2013** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | X _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

**Parra, Juan C** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Juan C Parra** _____

Date: **June 28, 2013** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                            Case No. _____

**Parra, Juan C** _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 464,515.00 | | |
| B - Personal Property | Yes | 3 | $ 4,138.60 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 600,016.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 6,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 409,190.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,767.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,811.00 |
| TOTAL | | 26 | $ 468,653.60 | $ 1,015,406.54 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                            Case No. _____

**Parra, Juan C** _____                        Chapter **7** _____

                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 6,200.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **6,200.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,767.84 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,811.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,083.34 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 135,501.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 6,200.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 409,190.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 544,691.54 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Parra, Juan C** _____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **12106 Lymestone Way Cooper City, FL 33026 Debtor's Homestead: Single family residence Purchased: 10/2005 Joint with non-filing spouse FMV Based on Zillow.com** | **Tenancy by the Entirety** | **J** | **281,202.00** | **335,894.00** |
| **2550 Camelot Court, Cooper City, FL 33026 Non-Homestead: Townhouse Purchased: 12/2001 Joint with Debtor's spouse and brother in law, who makes payments and maintains FMV Based on Zillow.com** | | **J** | **132,848.00** | **138,722.00** |
| **503-74 St Unit B4 Miami Beach, FL 33141 Investment Property: Condominium Apartment Purchased:05/2004 Joint with non-filing spouse Debtor joint on title not on mortgage FMV Based on Zillow.com To Be Surrendered** | **Tenancy by the Entirety** | **J** | **50,465.00** | **125,400.00** |
| | | **TOTAL** | **464,515.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parra, Juan C** _____     Case No. _____
           Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | 30.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Acct #9500** | | 200.00 |
| | | **Pay Pal Account**<br>**Balance $0.00** | | 0.00 |
| | | **Wells Fargo Checking Acct #4590**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | J | 800.00 |
| | | **Wells Fargo Way2Save Acct #1735** | | 40.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Goods**<br>**Based on Inventory list**<br>**Joint with non-filing spouse, who claims 1/2 interest of $2,240** | J | 1,120.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Clothing** | | 100.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry**<br>**Based on Inventory list** | | 0.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy**<br>**Met Life** | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Parra, Juan C**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Nissan Altima 2.5 Sedan 4D Estimated mileage: 127,000 Rebuilt title Based on KBB Report $3,081less 40% rebuilt ($1,232.40)** | | 1,848.60 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Parra, Juan C**
_____   Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 4,138.60 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parra, Juan C _____     Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **12106 Lymestone Way Cooper City, FL 33026**<br>**Debtor's Homestead: Single family residence**<br>**Purchased: 10/2005**<br>**Joint with non-filing spouse**<br>**FMV Based on Zillow.com** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **1.00** | **281,202.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Wells Fargo Checking Acct #4590**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **In re Monzon, 214 BR 38** | **800.00** | **800.00** |
| **Misc. Household Goods**<br>**Based on Inventory list**<br>**Joint with non-filing spouse, who claims**<br>**1/2 interest of $2,240** | **Art X § 4(a)(2)** | **1,000.00** | **1,120.00** |
| **2005 Nissan Altima 2.5 Sedan 4D**<br>**Estimated mileage: 127,000**<br>**Rebuilt title**<br>**Based on KBB Report $3,081less 40%**<br>**rebuilt ($1,232.40)** | **FSA § 222.25(1)** | **1,000.00** | **1,848.60** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Parra, Juan C** _____    Case No. _____
     _____Debtor(s)_____                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5890022828396**<br>**Emc Mortgage**<br>**PO Box 141358**<br>**Irving, TX  75014-1358** | X | J | **Mortgage Loan 10/05-5/10**<br>**12106 Lymestone Way Cooper City, FL 33026**<br><br>VALUE $ **281,202.00** | | | | **335,894.00** | **54,692.00** |
| ACCOUNT NO.<br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | | **Assignee or other notification for:**<br>**Emc Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Emc Mortgage Corp**<br>**PO Box 293150**<br>**Lewisville, TX  75029-3150** | | | **Assignee or other notification for:**<br>**Emc Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. 5475380297<br>**Hsbc Mortgage Corp Usa**<br>**2929 Walden Ave**<br>**Depew, NY  14043-2602** | | | **Mortgage Loan 12/04-5/10**<br>**2550 Camelot Court, Cooper City, FL 33026**<br><br>VALUE $ **132,848.00** | | | | **138,722.00** | **5,874.00** |

_____**1**_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **474,616.00** | $ **60,566.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Parra, Juan C**
_____     Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hsbc Bank<br>1800 Tysons Blvd<br>Mc Lean, VA  22102-4527** | | | **Assignee or other notification for:**<br>**Hsbc Mortgage Corp Usa**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **12-36042-CA-01**<br><br>**Jpmorgan Chase Bank, N.A.<br>1200 S Pine Island Rd<br>Plantation, FL  33324-4413** | | | **Mortgage Foreclosure<br>503-74 St Unit B4 Miami Beach, FL 33141**<br><br><br>VALUE $ **50,465.00** | | | | **125,400.00** | **74,935.00** |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **125,400.00** | $ **74,935.00** |
| Total<br>(Use only on last page) | $ **600,016.00** | $ **135,501.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Parra, Juan C _____    Case No. _____
               Debtor(s)                                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Parra, Juan C** _____ Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **\*\*\*-\*\*-1023**<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | | **2010 Taxes** | | | | **6,200.00** | **6,200.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **6,200.00**    $ **6,200.00**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **6,200.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **6,200.00**    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parra, Juan C** _____     Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **C93267** <br><br> **Account Resolution Services** <br> **PO Box 189018** <br> **Plantation, FL  33318-9018** | | | **Collection Agency for Inphynet South Broward, Inc. (1020) 03/11** | | X | | **1.00** |
| ACCOUNT NO. **12-36042-CA-01** <br><br> **Alexandra Torres** <br> **12106 Lymestone Way** <br> **Cooper City, FL  33026** | | | **Co Defendant in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **12-20588-CC-23** <br><br> **Alexandra Torres** <br> **12106 Lymestone Way** <br> **Cooper City, FL  33026** | | | **Co Defendant in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-26964-CA-30** <br><br> **Alexandria Torres** <br> **12106 Lymestone Way** <br> **Hollywood, FL  33026-1012** | | | **Co-Defendant for Chase Home Finance, Llc Lawsuit** | | X | | **1.00** |

**12** continuation sheets attached

| | Subtotal (Total of this page) | $ | **4.00** |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Parra, Juan C** _____ Case No. _____
       Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **50-2009-CA-016452-MB**<br>**Alexandria Torres**<br>**12106 Lymestone Way**<br>**Hollywood, FL  33026-1012** | | | **Co-Defendant for Flagstar Bank Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. 39186591231<br>**American Medical Collection Agency**<br>**4 Westchester Plz Ste 4**<br>**Elmsford, NY  10523-1612** | | | **Collection Agency for Labcorp (4595) 01/13** | X | | | **1.00** |
| ACCOUNT NO. 3499906045599573<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | **Revolving Credit Card 1/03-11/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. 11-2692721<br>**Asset Acceptance Llc**<br>**6985 Miller Rd**<br>**Warren, MI  48092** | | | **Collection Agency for Citi (0332) 07/11** | X | | | **1.00** |
| ACCOUNT NO. 12-2252045<br>**Asset Acceptance Llc**<br>**6985 Miller Rd**<br>**Warren, MI  48092** | | | **Collection Agency for Bank Of America (0698) 03/13** | X | | | **1.00** |
| ACCOUNT NO. 4800-1130-4004-0698<br>**Bank Of America**<br>**De5-019-03-07**<br>**Newark, DE  19714** | | | **Revolving Credit Card 1/02-2/09**<br>**Acct in collection** | | | | **30,529.05** |
| ACCOUNT NO.<br>**Bank Of America**<br>**101 S Tryon St**<br>**Charlotte, NC  28246-0100** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. ___**1**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,534.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Parra, Juan C** _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America<br>PO Box 26012<br>Greensboro, NC 27420-6012** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Bank Of America<br>PO Box 851001<br>Dallas, TX 75285-1001** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Bank Of America<br>PO Box 15019<br>Wilmington, DE 19886-5019** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Bank Of America<br>PO Box 15026<br>Wilmington, DE 19886-5026** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO. **3200051**<br>**Carmax Auto Finance<br>225 Chastain Meadows Ct NW<br>Kennesaw, GA 30144-5841** | | | **Auto Loan 7/04-4/05<br>$0 Balance on Credit Report** | | X | | **1.00** |
| ACCOUNT NO. **7000019134**<br>**Carrington Mortgage Se<br>1610 E Saint Andrew Pl<br>Santa Ana, CA 92705-4931** | | | **Mortgage Loan 1/05-11/08** | | | | **1.00** |
| ACCOUNT NO.<br>**Carrington Mortgage Services, Llc<br>PO Box 54285<br>Irvine, CA 92619-4285** | | | Assignee or other notification for:<br>**Carrington Mortgage Se** | | | | |

Sheet no. ___**2**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Parra, Juan C** _____  Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **940161271**<br>**Chase Manhattan Mtge<br>10790 Rancho Bernardo Rd<br>San Diego, CA  92127-5705** | | | **Mortgage Loan 10/05-12/07<br>$0 Balance on Credit Report** | | X | | **1.00** |
| ACCOUNT NO. **4651689155306**<br>**Chase Mtg<br>PO Box 24696<br>Columbus, OH  43224-0696** | | | **Mortgage Loan 3/03-11/08<br>Lawsuit 09-26964-CA-30<br>2450 NE 135th St., #804, N. Miami, FL  33161** | | | | **122,436.55** |
| ACCOUNT NO.<br>**Chase<br>200 White Clay Center Dr<br>Newark, DE  19711-5466** | | | **Assignee or other notification for:<br>Chase Mtg** | | | | |
| ACCOUNT NO.<br>**Chase<br>3415 Vision Dr<br>Columbus, OH  43219-6009** | | | **Assignee or other notification for:<br>Chase Mtg** | | | | |
| ACCOUNT NO. **xxx-xx-1023**<br>**Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL  32314-8030** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **5466-1601-5146-0332**<br>**Citi<br>PO Box 6500<br>Sioux Falls, SD  57117-6500** | | | **Revolving Credit Card 4/07-11/09<br>Acct in collection** | | | | **2,801.92** |
| ACCOUNT NO.<br>**Citi<br>701 E 60th St N<br>Sioux Falls, SD  57104-0432** | | | **Assignee or other notification for:<br>Citi** | | | | |

Sheet no. _____**3**___ of _____**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **125,239.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Parra, Juan C** _____    Case No. _____
               Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citi Cards**<br>**PO Box 6062**<br>**Sioux Falls, SD 57117-6062** | | | Assignee or other notification for:<br>**Citi** | | | | |
| ACCOUNT NO. **603259025275**<br>**Citifinancial Retail S**<br>**PO Box 22065**<br>**Tempe, AZ 85285-2065** | | | **Revolving Credit Card 9/02-1/04**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **508013**<br>**Collectron Of Atlanta**<br>**PO Box 82269**<br>**Conyers, GA 30013-9433** | | | **Collection Agency for Radiology Assoc Of Hollywood 2/10-4/10** | X | | | 1.00 |
| ACCOUNT NO. **2540754090602**<br>**Complete Collection Service**<br>**1007 N Federal Hwy Ste 280**<br>**Ft Lauderdale, FL 33304-1422** | | | **Collection Agency for Memorial Hospital West (0602) 04/11** | X | | | 1.00 |
| ACCOUNT NO. **08030762013**<br>**Credit Collection Services**<br>**2 Wells Ave Dept 587**<br>**Newton, MA 02459-3208** | | | **Collection Agency for Labcorp (4595) 07/11** | X | | | 1.00 |
| ACCOUNT NO. **12-36042-CA-01**<br>**Daniel C Consuegra**<br>**9204 King Plam Dr**<br>**Tampa, FL 33619-1328** | | | **Collection Agency for Jpmorgan Chase Bank, N.A. 09/12** | X | | | 1.00 |
| ACCOUNT NO. **7001373810**<br>**Dcfs Usa Llc**<br>**PO Box 685**<br>**Roanoke, TX 76262-0685** | | | **Auto Loan 1/06-3/09**<br>**$0 Balance on Credit Report** | X | | | 1.00 |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Parra, Juan C** _____    Case No. _____

Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-1023**<br>**Department Of The Treasure**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **50-2009-CA-016452-MB**<br>**Dicker, Krivok & Stoloff, P.A.**<br>**1818 S Australian Ave Ste 400**<br>**West Palm Beach, FL 33409-6447** | | | **Attorneys for Defendant Thousand Oaks at Congress Master Home Owner's Assoc, Inc**<br>**Lawsuit for Flagstar Bank** | X | X | | **1.00** |
| ACCOUNT NO. **xxx-xx-1023**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA 30374-0241** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-1023**<br>**Experian**<br>**PO Box 2002**<br>**Allen, TX 75013-2002** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **09-26964-CA-30**<br>**Fein & Meloni, P.A.**<br>**900 SW 40th Ave**<br>**Plantation, FL 33317-4523** | | | **Attorneys for Defendant Waterside Condo Assoc, Inc**<br>**Lawsuit for Chase Home Finance, Llc** | X | X | | **1.00** |
| ACCOUNT NO. **9526**<br>**Fia Csna**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | | | **Revolving Credit Card 4/03-12/05**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **274859498247**<br>**Flagstar Bank**<br>**5151 Corporate Dr**<br>**Troy, MI 48098-2639** | | | **Mortgage Loan 1/05-10/08**<br>**Plaintiff in Lawsuit Case No. CACE10025207** | | | | **24,599.00** |

Sheet no. ___**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,602.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Parra, Juan C _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **274500447965**<br><br>**Flagstar Bank**<br>**5151 Corporate Dr**<br>**Troy, MI  48098-2639** | | | **Mortgage Loan 1/05-11/08**<br>**Lawsuit 50-2009-CA-016452-MB** | | | | **213,823.38** |
| ACCOUNT NO.<br><br>**Flagstar Bank**<br>**20355 Hall Rd**<br>**Macomb, MI  48044-4230** | | | **Assignee or other notification for:**<br>**Flagstar Bank** | | | | |
| ACCOUNT NO. **50-2009-CA-016452-MB**<br><br>**Flagstar Bank**<br>**20355 Hall Rd**<br>**Macomb, MI  48044-4230** | | | **Co-Defendant for Flagstar Bank**<br>**Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **CACE10025207**<br><br>**Flagstar Bank (FSB)**<br>**1100 Town And Country Ste 1600**<br>**Orange, CA  92868** | | | **Mortgage Foreclosure** | X | | | **1.00** |
| ACCOUNT NO. **274500447965**<br><br>**Flagstar Bk**<br>**5151 Corporate Dr**<br>**Troy, MI  48098-2639** | | | **Mortgage Loan 1/05-11/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **F09036531**<br><br>**Florida Default Law Group, P.L.**<br>**9119 Corporate Dr Ste 300**<br>**Tampa, FL  33634** | | | **Attorneys for Plaintiff Chase Home Finance, Llc**<br>**Lawsuit 09-26964-CA-30** | X | X | | **1.00** |
| ACCOUNT NO.<br><br>**Florida Default Law Group, P.L.**<br>**PO Box 25018**<br>**Tampa, FL  33622-5018** | | | **Assignee or other notification for:**<br>**Florida Default Law Group, P.L.** | | | | |

Sheet no. ___**6**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　$ **213,827.38**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Parra, Juan C** _____    Case No. _____
               Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-1023** <br><br> **Florida Department Of Revenue** <br> **PO Box 6668** <br> **Tallahassee, FL  32314-6668** | | | **Notice Only** | | | | 0.00 |
| ACCOUNT NO. **601917010794** <br><br> **Gemb/brandsmart** <br> **PO Box 981439** <br> **El Paso, TX  79998-1439** | | | **Revolving Credit Card 5/04-7/08** <br> **$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **50-2009-CA-016452-MB** <br><br> **Greenfield & Coomber, P.A.** <br> **7000 W Palmetto Park Rd Ste 402** <br> **Boca Raton, FL  33433-3425** | | | **Attorneys for Plaintiff Flagstar Bank Lawsuit** | X | X | | 1.00 |
| ACCOUNT NO. **22843411** <br><br> **Homebanc Mortgage** <br> **2002 Summit Blvd** <br> **Atlanta, GA  30319-1497** | | | **Mortgage Loan 10/05-9/07** <br> **$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **5155-9702-2264-9044** <br><br> **HSBC Card Services** <br> **PO Box 5222** <br> **Carol Stream, IL  60197-5222** | | | **Revolving Credit Card  03/13** | | | | 365.00 |
| ACCOUNT NO. **xxx-xx-1023** <br><br> **Innovis** <br> **PO Box 1358** <br> **Columbus, OH  43216-1358** | | | **Notice Only** | | | | 0.00 |
| ACCOUNT NO. **35251020-26-18300** <br><br> **Inphynet South Broward, Inc** <br> **PO Box 189016** <br> **Fort Lauderdale, FL  33318-9016** | | | **Medical Services 11/09** | | | | 202.50 |

Sheet no. ____**7**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 570.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Parra, Juan C _____    Case No. _____
          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Inphynet South Broward, Inc** <br> **PO Box 740022** <br> **Cincinnati, OH  45274-0022** | | | Assignee or other notification for: <br> Inphynet South Broward, Inc | | | | |
| ACCOUNT NO. 008385817635251020 <br> **Inphynet South Broward, Inc.** <br> **Plantation Billing Center** <br> **PO Box 189016** <br> **Plantation, FL  33318-9016** | | | Medical Services 06/09 <br> Acct in collection | | | | 157.50 |
| ACCOUNT NO. **xxx-xx-1023** <br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. **CACE10025207** <br> **Kahn, Chenkin & Resnik, P.L.** <br> **1815 Griffin Rd Ste 207** <br> **Dania, FL  33004** | | | Attorney for Plaintiff Flagstar Bank (8247) 12/12 | X | | | 1.00 |
| ACCOUNT NO. <br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Troy, MI  48098** | | | Assignee or other notification for: <br> Kahn, Chenkin & Resnik, P.L. | | | | |
| ACCOUNT NO. **CACE10025207** <br> **Kahn, Chenkin & Resnik, P.L.** <br> **1815 Griffin Rd Ste 207** <br> **Dania, FL  33004** | | | Attorney in Lawsuit | X | | | 1.00 |
| ACCOUNT NO. 81144595 <br> **Labcorp** <br> **PO Box 2240** <br> **Burlington, NC  27216-2240** | | | Medical Services 11/10 <br> Acct in collection | | | | 46.04 |

Sheet no. **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 205.54

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Parra, Juan C** _____    Case No. _____
           Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2616325100107**<br>**Memorial Healthcare System**<br>**2900 Corporate Way**<br>**Miramar, FL  33025-3925** | | | **Medical Services 12/10** | | | | **121.77** |
| ACCOUNT NO. **2540754090602**<br>**Memorial Hospital West**<br>**703 N Flamingo Rd**<br>**Pembroke Pines, FL  33028-1006** | | | **Medical Services 6/09**<br>**Acct in collection** | | | | **5,182.35** |
| ACCOUNT NO.<br>**Memorial Hospital West**<br>**PO Box 2858**<br>**Raleigh, NC  27602-2858** | | | **Assignee or other notification for:**<br>**Memorial Hospital West** | | | | |
| ACCOUNT NO.<br>**Memorial Hospital West**<br>**PO Box 863436**<br>**Orlando, FL  32886-3436** | | | **Assignee or other notification for:**<br>**Memorial Hospital West** | | | | |
| ACCOUNT NO. **CACE10025207**<br>**Naderpour & Associates, P.A.**<br>**1906 Hollywood Blvd**<br>**Hollywood, FL  33022** | | | **Attorney for Plaintiff Flagstar Bank (8247)** | X | | | **1.00** |
| ACCOUNT NO.<br>**Flagstar Bank**<br>**5151 Corporate Dr**<br>**Troy, MI  48098** | | | **Assignee or other notification for:**<br>**Naderpour & Associates, P.A.** | | | | |
| ACCOUNT NO. **CACE10025207**<br>**Naderpour & Associates, P.A.**<br>**1906 Hollywood Blvd**<br>**Hollywood, FL  33022** | | | **Attorney in Lawsuit** | X | | | **1.00** |

Sheet no. ___**9**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
          (Total of this page) $ **5,306.12**

                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parra, Juan C** _____    Case No. _____
             Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **003071523.00**<br>**Nationwide Recovery Service**<br>**545 Inman St W**<br>**Cleveland, TN 37311-1768** | | | Collection Agency for Sheridan Healthcorp (10HO) 11/11 | X | | | 1.00 |
| ACCOUNT NO. **QRAH-537094**<br>**Radiology Assoc Of Hollywood**<br>**9050 Pines Blvd Ste 200**<br>**Pembroke Pines, FL 33024-6456** | | | Medical Services 2/10 | | | | 286.01 |
| ACCOUNT NO. **xxx-xx-1023**<br>**Realtor Association Of Greater Miami And The Beaches**<br>**700 S Royal Poinciana Blvd Ste 400**<br>**Miami Springs, FL 33166-6667** | | | Services Rendered 11/09 | | | | 400.00 |
| ACCOUNT NO. **122754515**<br>**Shafritz & Braten, P.A.**<br>**551 SE 8th St Ste 401**<br>**Delray Beach, FL 33483-5022** | | | Collection Agency for Memorial Hospital West (0602) 10/12 | X | | | 1.00 |
| ACCOUNT NO.<br>**Memorial Hospital**<br>**PO Box 864691**<br>**Orlando, FL 32886-4691** | | | Assignee or other notification for:<br>Shafritz & Braten, P.A. | | | | |
| ACCOUNT NO. **2808410-HO**<br>**Sheridan Healthcorp**<br>**PO Box 817737**<br>**Hollywood, FL 33081-1737** | | | Medical Services 06/09<br>Acct in collection | | | | 799.00 |
| ACCOUNT NO. **6035322130817871**<br>**Thd/cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | | | Revolving Credit Card 02/13 | | | | 428.27 |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,915.28**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Parra, Juan C**_____    Case No. _____
                Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10266038**<br>**The Brachfeld Law Group, P.C**<br>**PO Box 421088**<br>**Houston, TX  77242** | | | **Collection Agency for Citi (0332) 04/11** | X | | | **1.00** |
| ACCOUNT NO. **12-36042-CA-01**<br>**The Lofts At Byron Condo Assoc, Inc.**<br>**C/ O Bakalar & Associates**<br>**150 South Pine Island Rd, Suite 540**<br>**Plantation, FL  33324** | | | **Co Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **12-20588-CC-23**<br>**The Lofts At Byron Condo Assoc, Inc.**<br>**C/ O Bakalar & Associates**<br>**150 South Pine Island Rd, Suite 540**<br>**Plantation, FL  33324** | | | **Association** | | | | **6,970.20** |
| ACCOUNT NO. **12-20588-CC-23**<br>**The Lofts At Byron Condo Assoc, Inc.**<br>**C/ O Bakalar & Associates**<br>**150 South Pine Island Rd, Suite 540**<br>**Plantation, FL  33324** | | | **Co Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **50-2009-CA-016452-MB**<br>**Thousand Oaks At Congress Master Home Owner's Assoc, Inc**<br>**1818 S Australian Ave Ste 400**<br>**West Palm Beach, FL  33409-6447** | | | **Co-Defendant for Flagstar Bank Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **xxx-xx-1023**<br>**Transunion**<br>**PO Box 1000**<br>**Crum Lynne, PA  19022-1000** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **09-26964-CA-30**<br>**Waterside Condo Assoc, Inc**<br>**C/O Fien & Meloni, P.A.**<br>**900 SW 40th Ave**<br>**Plantation, FL  33317-4523** | X | J | **Co-Defendant for Chase Home Finance, Llc Lawsuit** | X | | | **1.00** |

Sheet no. ___**11**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,975.20**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Parra, Juan C** _____    Case No. _____
              Debtor(s)                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Waterside Condo Assoc, Inc<br>2450 NE 135th St<br>North Miami, FL 33181-3597** | | | **Assignee or other notification for:<br>Waterside Condo Assoc, Inc** | | | | |
| ACCOUNT NO. **65065066703690001**<br>**Wells Fargo Bank Nv Na<br>PO Box 31557<br>Billings, MT 59107-1557** | | | **Creditline 1/05-2/08<br>$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **100108000328675**<br>**Wf/wb/dfs<br>PO Box 3117<br>Winston Salem, NC 27102-3117** | | | **Auto Loan 6/05-8/07<br>$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **5774-4210-6060-6267**<br>**Wffnb/mattress Giant<br>PO Box 94498<br>Las Vegas, NV 89193-4498** | | | **Revolving Credit Card 9/07-4/08<br>$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**12**__ of __**12**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **3.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $   **409,190.54**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Parra, Juan C**
_____        Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Parra, Juan C _____    Case No. _____

<span style="display:block; text-align:center;">Debtor(s)                                                    (If known)</span>

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alexanda Torres**<br>**12106 Lymestone Way**<br>**Cooper City, FL  33026** | **Emc Mortgage**<br>**PO Box 141358**<br>**Irving, TX  75014-1358**<br><br>**Waterside Condo Assoc, Inc**<br>**C/O Fien & Meloni, P.A.**<br>**900 SW 40th Ave**<br>**Plantation, FL  33317-4523** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parra, Juan C** _____    Case No. _____
               Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**19**<br>**15** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | **Office Manager** |
| Name of Employer | **Gilly Vending** | **Gilly Vending** |
| How long employed | **12 years** | **4 years** |
| Address of Employer | **990 NW 166 St**<br>**Miami, FL  33169** | **990 NW 166 St**<br>**Miami, FL  33169** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,166.67 | $ 2,166.67 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 2,166.67 | $ 2,166.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 282.75 | $ 282.75 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
|  | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 282.75 | $ 282.75 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,883.92 | $ 1,883.92 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor's for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
|  | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,883.92 | $ 1,883.92 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 3,767.84

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parra, Juan C** _____   Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 770.00 |
|    a. Are real estate taxes included?　Yes ____ No ✓ | | |
|    b. Is property insurance included?　Yes ____ No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 200.00 |
|    b. Water and sewer | $ | 100.00 |
|    c. Telephone | $ | |
|    d. Other　**Cable TV** | $ | 103.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 208.00 |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 150.00 |
|    e. Other　**HOA** | $ | 40.00 |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Property Taxes** | $ | 330.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other　**Personal Care/Toiletries** | $ | 200.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$　　　　3,811.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,767.84 |
|    b. Average monthly expenses from Line 18 above | $ | 3,811.00 |
|    c. Monthly net income (a. minus b.) | $ | -43.16 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Parra, Juan C</u>                                          Case No. _____
                 Debtor(s)                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 28, 2013** _____        Signature: **/s/ Juan C Parra** _____
                                                                              **Juan C Parra**                                                      Debtor

Date: _____                                  Signature: _____
                                                                                                                                                    (Joint Debtor, if any)
                                                                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____                                  Signature: _____

                                                                              _____
                                                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

**Parra, Juan C**
_____     Chapter **7** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

### 1. Income from employment or operation of business

None  ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 11,000.00 | 2013 - Estimated Income from empl YTD |
| 25,371.00 | 2012 - Joint Income Tax Return |
| 24,303.00 | 2011 - Joint Income Tax Return |

---

### 2. Income other than from employment or operation of business

None  ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,750.00 | 2013 - Estimated Rental Icome |
| 3,000.00 | 2012 - Estimated Rental Icome |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224** | **3 month period** | **2,388.00** | **335,894.00** |
| **Hsbc Mortgage Corp Usa**<br>**2929 Walden Ave**<br>**Depew, NY  14043-2602** | **3 month period (paid by Co-Owner)** | **2,040.00** | **138,722.00** |

None ☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lofts at Byron Condo Assn Inc**<br>**vs**<br>**Juan Carlos Parra, Alexandra**<br>**Case No.: 12-20588 CC 23** | **Foreclosure** | **In The County Court for Miami-Dade County Florida** | **Pending** |
| **JP Morgan Chase Bank NA**<br>**vs**<br>**Alexandra Torrres, Juan Carlos Torres, et al**<br>**Case No.: 12-36042 CA 15** | **Foreclosure** | **11th Judicial Circuit Court Miami-Dade County Florida** | **Pending** |
| **Flagstar Bank**<br>**vs**<br>**Juan C Parra**<br>**Case No.: CACE 10-25207 (12)** | **Foreclosure** | **17th Judicial Circuit Court Broward County Florida** | **Final Judment of Foreclosure** |
| **Flagstar Bank FSB**<br>**vs**<br>**Juan C Parra**<br>**Case No.: CACE 10025207** | **Foreclosure** | **17th Judicial Circuit Court Broward County Florida** | **Final Judgment** |
| **Flagstar Bank**<br>**vs**<br>**Juan Parra**<br>**Case No.: 50-2009 CA 016452** | **Foreclosure** | **15th Judicial Circuit Court Palm Beach, FL** | **Final Summary Judgment - Foreclosed 2009** |
| **Chase Home Finance LLC vs**<br>**Juan C Parra**<br>**Case No.: 2009-026964 CA** | **Foreclosure** | **11th Judicial Circuit Court Miami-Dade County Florida** | **Final Judgment of Foreclosure - Sold 05/2010** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Timothy S Kingcade** **Kingcade & Garcia, PA** **1370 Coral Way** **Miami, FL 33145** | **12/2009 to 03/2013** | **2,775.00** |
| **Attorney's fees $2,300** **Court filing fees $306** **Office cost $44** **Credit report cost $75** **Budget briefing session $50** | | |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **AJ'SP Enterprise, LLC** | | **12106 Lymestone Way Cooper City, FL  33026** | **Craft** | **08/2008 to 09/2009** |
| **Self-Employed Technician** | | | **Self-Employed Technician** | **2010 to 2012.** |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 28, 2013** _____   Signature   ***/s/ Juan C Parra***
                                               of Debtor                                                    **Juan C Parra**

Date: _____   Signature _____
                                              of Joint Debtor
                                              (if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                Case No. _____

Parra, Juan C                                                        Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Emc Mortgage** | **Describe Property Securing Debt:**<br>**12106 Lymestone Way Cooper City, FL 33026** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Hsbc Mortgage Corp Usa** | **Describe Property Securing Debt:**<br>**2550 Camelot Court, Cooper City, FL 33026** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**June 28, 2013**_____        ***/s/ Juan C Parra***_____
                                              Signature of Debtor

                                              _____
                                              Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Jpmorgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**503-74 St Unit B4 Miami Beach, FL 33141** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

**Parra, Juan C** _____    Chapter **7** _____
                          Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 28, 2013** _____    Signature: *__/s/ Juan C Parra__*
                                                   **Juan C Parra**
                                                                            Debtor

Date: _____    Signature: _____
                                                                           Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Account Resolution Services
PO Box 189018
Plantation, FL   33318-9018


Alexandra Torres
12106 Lymestone Way
Cooper City, FL   33026


Alexandria Torres
12106 Lymestone Way
Hollywood, FL   33026-1012


American Medical Collection Agency
4 Westchester Plz Ste 4
Elmsford, NY   10523-1612


Amex
PO Box 297871
Fort Lauderdale, FL   33329-7871


Asset Acceptance Llc
6985 Miller Rd
Warren, MI   48092


Bank Of America
De5-019-03-07
Newark, DE   19714


Bank Of America
101 S Tryon St
Charlotte, NC   28246-0100


Bank Of America
PO Box 26012
Greensboro, NC   27420-6012

```
Bank Of America
PO Box 851001
Dallas, TX  75285-1001


Bank Of America
PO Box 15019
Wilmington, DE  19886-5019


Bank Of America
PO Box 15026
Wilmington, DE  19886-5026


Carmax Auto Finance
225 Chastain Meadows Ct NW
Kennesaw, GA  30144-5841


Carrington Mortgage Se
1610 E Saint Andrew Pl
Santa Ana, CA  92705-4931


Carrington Mortgage Services, Llc
PO Box 54285
Irvine, CA  92619-4285


Chase
200 White Clay Center Dr
Newark, DE  19711-5466


Chase
3415 Vision Dr
Columbus, OH  43219-6009


Chase
Po Box 24696
Columbus, OH  43224
```

Chase Manhattan Mtge
10790 Rancho Bernardo Rd
San Diego, CA  92127-5705


Chase Mtg
PO Box 24696
Columbus, OH  43224-0696


Child Support Enforcement
PO Box 8030
Tallahassee, FL  32314-8030


Citi
PO Box 6500
Sioux Falls, SD  57117-6500


Citi
701 E 60th St N
Sioux Falls, SD  57104-0432


Citi Cards
PO Box 6062
Sioux Falls, SD  57117-6062


Citifinancial Retail S
PO Box 22065
Tempe, AZ  85285-2065


Collectron Of Atlanta
PO Box 82269
Conyers, GA  30013-9433


Complete Collection Service
1007 N Federal Hwy Ste 280
Ft Lauderdale, FL  33304-1422

Credit Collection Services
2 Wells Ave Dept 587
Newton, MA   02459-3208


Daniel C Consuegra
9204 King Plam Dr
Tampa, FL   33619-1328


Dcfs Usa Llc
PO Box 685
Roanoke, TX   76262-0685


Department Of The Treasure
PO Box 21126
Philadelphia, PA   19114-0326


Dicker, Krivok & Stoloff, P.A.
1818 S Australian Ave Ste 400
West Palm Beach, FL   33409-6447


Emc Mortgage
PO Box 141358
Irving, TX   75014-1358


Emc Mortgage Corp
PO Box 293150
Lewisville, TX   75029-3150


Equifax
PO Box 740241
Atlanta, GA   30374-0241


Experian
PO Box 2002
Allen, TX   75013-2002

Fein & Meloni, P.A.
900 SW 40th Ave
Plantation, FL   33317-4523


Fia Csna
4060 Ogletown/Stanton Rd
Newark, DE   19713


Flagstar Bank
5151 Corporate Dr
Troy, MI   48098-2639


Flagstar Bank
20355 Hall Rd
Macomb, MI   48044-4230


Flagstar Bank
5151 Corporate Dr
Troy, MI   48098


Flagstar Bank (FSB)
1100 Town And Country Ste 1600
Orange, CA   92868


Flagstar Bk
5151 Corporate Dr
Troy, MI   48098-2639


Florida Default Law Group, P.L.
9119 Corporate Dr Ste 300
Tampa, FL   33634


Florida Default Law Group, P.L.
PO Box 25018
Tampa, FL   33622-5018

Florida Department Of Revenue
PO Box 6668
Tallahassee, FL   32314-6668


Gemb/brandsmart
PO Box 981439
El Paso, TX   79998-1439


Greenfield & Coomber, P.A.
7000 W Palmetto Park Rd Ste 402
Boca Raton, FL   33433-3425


Homebanc Mortgage
2002 Summit Blvd
Atlanta, GA   30319-1497


Hsbc Bank
1800 Tysons Blvd
Mc Lean, VA   22102-4257


HSBC Card Services
PO Box 5222
Carol Stream, IL   60197-5222


Hsbc Mortgage Corp Usa
2929 Walden Ave
Depew, NY   14043-2602


Innovis
PO Box 1358
Columbus, OH   43216-1358


Inphynet South Broward, Inc
PO Box 189016
Fort Lauderdale, FL   33318-9016

```
Inphynet South Broward, Inc
PO Box 740022
Cincinnati, OH  45274-0022


Inphynet South Broward, Inc.
Plantation Billing Center
PO Box 189016
Plantation, FL  33318-9016


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Jpmorgan Chase Bank, N.A.
1200 S Pine Island Rd
Plantation, FL  33324-4413


Kahn, Chenkin & Resnik, P.L.
1815 Griffin Rd Ste 207
Dania, FL  33004


Labcorp
PO Box 2240
Burlington, NC  27216-2240


Memorial Healthcare System
2900 Corporate Way
Miramar, FL  33025-3925


Memorial Hospital
PO Box 864691
Orlando, FL  32886-4691


Memorial Hospital West
703 N Flamingo Rd
Pembroke Pines, FL  33028-1006
```

Memorial Hospital West
PO Box 2858
Raleigh, NC  27602-2858


Memorial Hospital West
PO Box 863436
Orlando, FL  32886-3436


Naderpour & Associates, P.A.
1906 Hollywood Blvd
Hollywood, FL  33022


Nationwide Recovery Service
545 Inman St W
Cleveland, TN  37311-1768


Radiology Assoc Of Hollywood
9050 Pines Blvd Ste 200
Pembroke Pines, FL  33024-6456


Realtor Association Of Greater Miami And
The Beaches
700 S Royal Poinciana Blvd Ste 400
Miami Springs, FL  33166-6667


Shafritz & Braten, P.A.
551 SE 8th St Ste 401
Delray Beach, FL  33483-5022


Sheridan Healthcorp
PO Box 817737
Hollywood, FL  33081-1737


Thd/cbna
PO Box 6497
Sioux Falls, SD  57117-6497

The Brachfeld Law Group, P.C
PO Box 421088
Houston, TX  77242


The Lofts At Byron Condo Assoc, Inc.
C/ O Rachel Ruiz-Dugler , R.A.
3399 NW 72 Ave, # 215
Miami, FL  33122


The Lofts At Byron Condo Assoc, Inc.
C/ O Bakalar & Associates
150 South Pine Island Rd, Suite 540
Plantation, FL  33324


The Lofts At Byron Condo Assoc, Inc.
C/ O Rachel Ruiz-Dugler, R.A.
3399 NW 72 Ave, # 215
Miami, FL  33122


Thousand Oaks At Congress Master Home
Owner's Assoc, Inc
1818 S Australian Ave Ste 400
West Palm Beach, FL  33409-6447


Transunion
PO Box 1000
Crum Lynne, PA  19022-1000


Waterside Condo Assoc, Inc
C/O Fien & Meloni, P.A.
900 SW 40th Ave
Plantation, FL  33317-4523


Waterside Condo Assoc, Inc
2450 NE 135th St
North Miami, FL  33181-3597

```
Wells Fargo Bank Nv Na
PO Box 31557
Billings, MT  59107-1557


Wf/wb/dfs
PO Box 3117
Winston Salem, NC  27102-3117


Wffnb/mattress Giant
PO Box 94498
Las Vegas, NV  89193-4498
```